In the Matter of the Claim of FRANK NEFF, Appellant, against FRANKLINVILLE ROOFING COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued April 11, 1955; decided April 28, 1955.

*Edward M. Horey* for appellant.

*Victor Fiddler, Bernard Katzen, George Hayes* and *William H. Stieglitz* for Franklinville Roofing Company and another, respondents.

Order affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.